**FIFTH DIVISION
MCFADDEN, P. J.,
GOBEIL and LAND, J.J.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules**

**July 15, 2024**

# In the Court of Appeals of Georgia

A22A1542. TIBBETTS v. WORTH COUNTY SCHOOL DISTRICT et al.

MCFADDEN, Presiding Judge.

In *Tibbetts v. Worth County School Dist.*, 367 Ga. App. 246 (885 SE2d 291) (2023), we held that teacher John R. Tibbetts had demonstrated a waiver of sovereign immunity and, therefore, could pursue his breach of contract claim against the Worth County School District. So we reversed the trial court's award of summary judgment to the school district on sovereign immunity grounds. Id. at 250 (4). In *Worth County School Dist. v. Tibbetts*, ___ Ga ___, ___ (2) (___ SE2d ___) (Case No. S23G0791, decided May 29, 2024), the Supreme Court of Georgia reversed us, holding that Tibbetts had "not carried his burden of showing a waiver of sovereign immunity based upon the ex contractu clause of the Georgia Constitution." Accordingly, we vacate

our earlier opinion, adopt the Supreme Court's opinion as our own, and affirm the trial court's grant of summary judgment to the school district.

*Judgment affirmed. Gobeil and Land, JJ., concur.*